UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICK M. VIGNEAU | Criminal Case No. 97-33-JJM |

**GOVERNMENT'S MOTION TO SUPPLEMENT THE RECORD**

In the government's supplemental memorandum responding to Defendant's motion for compassionate release, the government asserted that Defendant had failed to exhaust his administrative remedies under 18 U.S.C. § 3582(c)(1)(A)(i) on the ground that he was at high risk were he to contract COVID-19. *See, e.g.,* ECF No. 327, at 6. The government has now learned that Defendant began the process of exhausting his administrative remedies by submitting a request for compassionate release to the warden at FCI Danbury on May 14, 2020. The warden denied that request on May 19, 2020. The Defendant's request and the warden's denial are attached hereto for the Court's consideration.

The government notes that in denying Defendant's request, the warden observed that Defendant had not shown evidence of a debilitating medical condition, and that the warden had reviewed Defendant's case for release on home confinement under the CARES Act but that Defendant was found to be ineligible "due to your current conviction of violence and prior conviction for violence."

                                                                                  UNITED STATES OF AMERICA

                                                                                  AARON L. WEISMAN
                                                                                  UNITED STATES ATTORNEY

                                                                                  /s/Lauren S. Zurier
                                                                                  LAUREN S. ZURIER

        Assistant United States Attorney

/s/Christine D. Lowell
CHRISTINE D. LOWELL
Assistant United States Attorney

s        United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000 (phone)
(401) 709-5001 (fax)
Lauren.Zurier@usdoj.gov

## CERTIFICATION OF SERVICE

On May 27 2020, I caused this filing to be filed electronically and it is available for viewing and downloading from the ECF system, and thereby made the filing available to Defendant's counsel, Assistant Federal Public Defender Kevin Fitzgerald.

/s/ Lauren S. Zurier
LAUREN S. ZURIER
Assistant U.S. Attorney